UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANZA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSHKIN, INC., a Colorado Corporation, d/b/a ENHANCED NETWORK SYSTEMS, INC.; and AVANT TECHNOLOGY, INC., a Nevada corporation, d/b/a MUSHKIN ENHANCED MFG, <br><br> Defendants. | CIV. NO. 2:17-00656 WBS EFB <br><br> ORDER SETTING HEARING AND BRIEFING SCHEDULE |

----oo0oo----

The hearing on defendant Mushkin, Inc.'s Motion to Dismiss (Docket No. 29) and defendant Avant Technology, Inc.'s Motion to Dismiss (Docket No. 30) is hereby RESET for December 18, 2017 at 1:30 p.m. in Courtroom 5. Plaintiff's oppositions are due November 13, 2017. Defendants' replies are due November 20, 2017.

IT IS SO ORDERED.

Dated: November 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1